

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00613-CV

**Minh Tran**

**v.**

**Hong Kong Development Corp. a/k/a Hong Kong City Mall**

NO. 2009-23479 IN THE 333RD DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $34.00 | 06/11/2014 | UNKNOWN | APE |
| E-TXGOV FEE | $5.00 | 11/11/2013 | E-PAID | APE |
| MT FEE | $10.00 | 10/30/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/30/2013 | E-PAID | APE |
| RPT RECORD | $96.75 | 10/23/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/01/2013 | E-PAID | ANT |
| RPT RECORD | $417.00 | 09/03/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/22/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/21/2013 | E-PAID | ANT |
| CLK RECORD | $566.00 | 08/19/2013 | PAID | ANT |
| FILING | $175.00 | 07/23/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,323.75.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this January 30, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**